# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DENNIS DERX**  **PLAINTIFF**
**ADC #162003**

v.   Case No. 2:18-cv-00016-KGB-JJV

**T. WASHINGTON,**
**Mental Health Counselor;** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Dennis Derx has not filed objections, and the time to do so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that:

1. Mr. Derx is allowed to proceed with his medical care claim against defendant A. Kittral.

2. The Court dismisses without prejudice all other claims from this action.

3. The Court dismisses without prejudice as defendants T. Washington, Wendy Kelley, Jermay Andrwes, and Dale Reed from this action.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

It is so ordered this the 5th day of July, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE