IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DENNIS DERX**  **PLAINTIFF**
ADC #162003

v.  Case No. 2:18-cv-00016-KGB-JJV

**T. WASHINGTON,**
**Mental Health Counselor;** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the second Proposed Findings and Recommendations (Dkt. No. 19) and third Proposed Findings and Recommendations (Dkt. No. 26) submitted by United States Magistrate Judge Joe J. Volpe. Neither plaintiff Dennis Derx nor remaining defendant Dr. Albert Kittrell have filed objections to the second or third Proposed Findings and Recommendations (Dkt. Nos. 19, 26), and the time to do so has passed. After careful consideration, the Court concludes that the second and third Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that:

1. The Court denies defendant Dr. Kittrell's motion to dismiss (Dkt. No. 13).

2. The Court grants defendant Dr. Kittrell's motion for summary judgment (Dkt. No. 20).

3. The Court dismisses without prejudice Mr. Derx's inadequate medical care claim against remaining defendant Dr. Kittrell for failure to exhaust administrative remedies. The Court denies Mr. Derx's request for relief at this time, and this case is closed.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

It is so ordered this the 5th day of July, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE